**JS-6**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

SALIM NIZAR ESMAIL,

    Petitioner,

  v.

MARKWAYNE MULLIN, *et al.*,[1]

    Respondents.

Case No. 2:25-cv-08325-WLH-RAO

**JUDGMENT**

  Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus,

  IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

DATED: June 30, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, the Secretary of the Department of Homeland Security, is hereby substituted as Respondent.